RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2025 DEC 29 PM 1:32

Steven N. Cohen
_____
Write the full name of each plaintiff.

25 CV 10736
___CV_____
(Include case number if one has been assigned)

-against-

EPSTEIN, BECKER, AND GREEN,
SHIRA M. BLANK,
JANE DOE (RECEPTIONIST)
_____

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[✓] Federal Question

[ ] Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Fed. R. Civ. P. 4(c)(2)_

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Steven__ __N.__ __Cohen__
First Name    Middle Initial    Last Name

__545 Neptune Avenue - Apt. 13A__
Street Address

__Kings, Brooklyn__      __NY__       __11224__
County, City             State         Zip Code

__(929) 759-6639__          __stevenc1114@gmail.com__
Telephone Number            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: EPSTEIN, BECKER, AND GREEN
~~First Name~~  ~~Last Name~~

CORPORATION
Current Job Title (or other identifying information)

875 THIRD AVENUE
Current Work Address (or other address where defendant may be served)

NY, NY        NY        10022
County, City  State     Zip Code

Defendant 2: SHIRA   M.   BLANK
First Name        Last Name

ATTORNEY
Current Job Title (or other identifying information)

c/o EPSTEIN, BECKER, AND GREEN, 875 THIRD AVE.
Current Work Address (or other address where defendant may be served)

NY, NY        NY        10022
County, City  State     Zip Code

Defendant 3: JANE       DOE
First Name     Last Name

c/o RECEPTIONIST AT EPSTEIN, BECKER, AND GREEN
Current Job Title (or other identifying information)

875 THIRD AVENUE
Current Work Address (or other address where defendant may be served)

NY NY         NY        10022
County, City  State     Zip Code

Defendant 4: _____  _____
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____  _____  _____
County, City            State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 875 THIRD AVENUE, NY, NY 10022 (18th FLOOR / 14th FLOOR)

Date(s) of occurrence: DECEMBER 1, 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

ON DECEMBER 1, 2025, I WAS HIRED BY THE PLAINTIFF IN THE CASE: YOURMAN V. COLUMBIA UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL et AL... OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, TO SERVE BRIEFS IN THE CASE TO THE DEFENDANTS IN THE CASE, NEW YORK PRESBYTERIAN HOSPITAL, REPRESENTED BY LAW FIRM EPSTEIN, BECKER AND GREEN. I AM OVER 18 YEARS OF AGE AND I HAVE NO INTEREST IN THE CASE. ON DECEMBER 1, 2025 WHILE TRYING TO SERVE THE BRIEFS AT EPSTEIN, BECKER AND GREEN, LAWYER SHIRA M. BLANK INFORMED ME "WE ONLY ACCEPT SERVICE OF PAPERS FROM LICENSED PROCESS SERVERS" IN AN ANIMATED AND BELLIGERENT MANNER. THE RECEPTIONIST IN AN ANIMATED AND BELLIGERENT MANNER YELLED AT ME "IF I WOULD HAVE KNOWN YOU WERE NOT A LICENSED PROCESS SERVER, I WOULD NEVER HAVE LET YOU UP HERE" SHE THEN THREW ME OUT OF THE OFFICE.

Page 5

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I WAS PREVENTED FROM EARNING A LIVING
I have become DESPONDENT AND EMOTIONALLY DISTRESSED AND DEPRESSED

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

INJUNCTIVE RELIEF: THAT I Be ALLOWED TO SERVE PAPERS TO EPSTEIN, BECKER, AND GREEN
COMPENSATORY DAMAGES: 100,000 DOLLARS
PUNITIVE DAMAGES, ONE HUNDRED THOUSAND DOLLARS
LEGAL FEES, PRO SES ARE ENTITLED TO LEGAL FEES

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: 12/15/25 | Plaintiff's Signature: Steven Cohen |
|---|---|
| First Name: Steven | Middle Initial: N | Last Name: Cohen |

Street Address: 545 Neptune Avenue - Apt. 13A
County, City: Kings, Brooklyn    State: NY    Zip Code: 11224
Telephone Number: (929) 759-6639    Email Address: stevenc1114@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.