UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN N. COHEN,

Plaintiff,

-against-

EPSTEIN, BECKER, AND GREEN ET AL,

Defendants.

25-cv-10736 (LLS)

CIVIL JUDGMENT

For the reasons stated in the January 12, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 14, 2026
          New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge